UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 91-14013-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LORENZO JENNINGS,

        Defendant.
_____/

## ORDER GRANTING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)

THIS CAUSE came before the Court upon defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and the Fair Sentencing Act of 2010 based on a retroactive change in the applicable sentencing guidelines range **[D.E. #610 and #612]** and the Court having received a Report and Recommendation from Magistrate Judge Barry L Garber **[D.E. #626]**. The Court adopts the Report and Recommendation and it is

ORDERED and ADJUDGED that said motion is **GRANTED.** Defendant's sentence of 235 months is reduced to **CREDIT TIME SERVED.** All other conditions of the sentence remain the same.

DONE and ORDERED in Miami-Dade County Florida, this ___ day of December, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record

Lorenzo Jennings
Reg. #37091-004
FCI Marianna
P.O. Box 7007
Marianna, FL 32447-7007